# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of September, two thousand and fifteen,

_____

In re: LIBOR-Based Financial Instruments Antitrust Litigation.

---------------------------------------------------------------

Ellen Gelboim, et al.,

      Plaintiffs - Appellants,

v.

Bank of America Corporation, et al.,

      Defendants - Appellees,

_____

**ORDER**

Docket No. 13-3565(L);
13-3636 (Con); 15-432(Con);
15-441(Con); 15-454(Con);
15-477(Con); 15-494(Con);
15-498(Con); 15-524(Con);
15-537(Con); 15-547(Con);
15-551(Con); 15-611(Con);
15-620(Con); 15-627(Con);
15-733(Con); 15-744(Con);
15-778(Con); 15-825(Con);
15-830(Con)

The Federal Home Loan Mortgage Corporation and Principal Financial Group, Inc..Principal Funds, Inc., and various Principal affiliates move for leave to file a supplemental *amici curiae* brief in support of Plaintiffs-Appellants.

IT IS HEREBY ORDERED that the motion is DENIED.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

